IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **BASSAM ABDALLAH** | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | |
| | § | C.A. NO. 4:22-cv-976 |
| **LIFE TIME FITNESS, INC. d/b/a** | § | |
| **LIFE TIME CHAMPIONS** | § | |
| *Defendants* | § | |

## INDEX OF MATTERS BEING FILED

Defendant, **LIFE TIME FITNESS, INC. (INCORRECTLY NAMED LIFE TIME FITNESS, INC. d/b/a LIFE TIME CHAMPIONS)**, in connection with the removal of this case to the United States District Court for the Southern District of Texas, Houston Division, file their index of matters, as follows:

Exhibit A	Plaintiffs' Original Petition

Exhibit B	Return of Citation on Life Time Fitness, Inc.

Exhibit C	Defendant's Original Answer

Exhibit D	Certificate of Good Standing for Life Time, Inc. from the Minnesota Secretary of State

Exhibit E	Civil Docket Sheet

Respectfully submitted,

**LORANCE THOMPSON,**
**A PROFESSIONAL CORPORATION**

*/s/ Melanie R. Cheairs*
_____
Scott B. Novak
FBN: 777383
Melanie R. Cheairs
FBN: 13434

643890.1 PLD 0018100 23007 SBN

2900 North Loop West, Suite 500
Houston, Texas 77092
Telephone: (713) 868-5560
Facsimile: (713) 864-4671
E-Mail: sbn@lorancethompson.com
E-Mail: mrc@lorancethompson.com
**ATTORNEY FOR DEFENDANT,
LIFE TIME FITNESS, INC.**

## CERTIFICATE OF SERVICE

On this 25th day of March, 2022 a true and correct copy of the foregoing instrument has been provided to all parties by United States mail, courier service, or telefax transmission.

Andrew Dao
Amanda Blons
**DALY & BLACK, PC**
2211 Norfolk Street, Suite 800
Houston, Texas 77098
E-Mail: ecfs@dalyblack.com

Lester B. Nichols, III
**NICHOLAS LAW GROUP, PLLC**
15422 Wilkshire Court
Houston, Texas 77069
E-Mail: law@lesternichols.com

*[signature: Melanie R. Cheairs]*
_____
Melanie R. Cheairs