United States District Court
Southern District of Texas
**ENTERED**
March 05, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BASSAM ABDALLAH, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:22-CV-00976 |
| § | |
| LIFE TIME FITNESS, INC., § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on January 23, 2024. Doc. #29. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Therefore, Defendant Life Time Fitness Inc.'s Motion to Dismiss is hereby GRANTED IN PART and DENIED IN PART. Doc. #26. Accordingly, Plaintiff Bassam Abdallah's request for exemplary damages is DISMISSED.

It is so ORDERED.

_MAR 0 4 2024_
Date

The Honorable Alfred H. Bennett
United States District Judge